FILED

07 AUG 31 AM 9:49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*WDB*

|  |  |
|---|---|
| ABRAHAM ~~HABTE~~  Plaintiff, vs. | **C 07 4516** |
|  | CASE NO. _____ |
| Defendant(s), WESTIN St FRANCIS Hotel | **EMPLOYMENT DISCRIMINATION COMPLAINT** |

1.    Plaintiff resides at:

Address *201 TURK STREET APT # 726*

City, State & Zip Code *SAN FRANCISCO, CA 94102*

Phone *415-749-1621*

2.    Defendant is located at:

Address *355 Powell STREET*

City, State & Zip Code *SAN FRANCISCO, CA 94102*

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-
ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.
Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

a.  __ Failure to employ me.

b.  X Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

1    c. X Failure to promote me.

2    d. X Other acts as specified below.

3

4    _They failed to inform me, of the_

5    _status, of any bargaining negotiations._

6    _I had applied for numerous transfer_

7    _for positions for which I was qualified._

8    _I was dinied each transfer_

9    5.    Defendant's conduct is discriminatory with respect to the following:

10    a. X My race or color.

11    b. __ My religion.

12    c. __ My sex.

13    d. __ My national origin.

14    e. X Other as specified below.

15

16    6.    The basic facts surrounding my claim of discrimination are:

17    _I believe I have been discriminated_

18    _because I was dinied a severance_

19    _Package employees who were granted_

20    _severance pay were over 60 years_

21    _of age or had complained of a_

22    _disability. I'AM living with diagnosis_

23    _disease, and medical expensive with_

24    _out insurance coverage._

25    7.    The alleged discrimination occurred on or about _Begining around two years_

26    _after started working._

          (DATE)

27    8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28    California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                    - 2 -

1   discriminatory conduct on or about _7 - 18 - 2007_.

2                                    (DATE)

3   9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4   (copy attached), which was received by me on or about _8 / 2 / 2007_

5                                                         (DATE)

6   10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7         Yes _____    No _X_

8   11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9   including injunctive orders, damages, costs, and attorney fees.

10

11  DATED: _8/31/2007_ _____

12                                    SIGNATURE OF PLAINTIFF

13

14  *(PLEASE NOTE: NOTARIZATION*    _ABRAHAM- Habte,_

15  *IS NOT REQUIRED.)*             PLAINTIFF'S NAME

16                                  (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 2 (Rev. 4/05)                - 3 -

EEOC Form 161-B (3/98)

U.S. ~~~~AL EMPLOYMENT OPPORTUNITY COMM~~~~ION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Abraham Habte<br>P.O. Box 422334<br>San Francisco, CA 94142 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2007-01817 | Margarita Hossalnizadeh,<br>Investigator | (415) 625-5662 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to** your case:

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

H. Joan Ehrlich,
**District Director**

8/2/07

*(Date Mailed)*

cc:  **WESTIN ST FRANCIS HOTEL THE**
335 Powell St
San Francisco, CA 94102

Enclosure with EEOC
Form 161-B (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit **before 7/1/02** – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*