E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ABRAHAM HABTE
        Plaintiff,

CASE NO. 07 4516 WDB

vs.

WESTIN ST FRANCIS Hotel
        Defendant.

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, ABRAHAM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)        - 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.    Business, Profession or                Yes ___  No _X_

8              self employment?

9        b.    Income from stocks, bonds,             Yes ___  No _X_

10             or royalties?

11       c.    Rent payments?                         Yes ___  No _X_

12       d.    Pensions, annuities, or                Yes ___  No _X_

13             life insurance payments?

14       e.    Federal or State welfare payments,     Yes ___  No _X_

15             Social Security or other govern-

16             ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.    Are you married?                            Yes ___  No _X_

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)                  - 2 -

1         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.      Do you own or are you buying a home?     Yes \_\_\_ No _X_

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.      Do you own an automobile?                Yes \_\_\_ No _X_

7 Make _____ Year _____ Model _____

8 Is it financed? Yes \_\_\_\_ No \_\_\_\_\_ If so, Total due: $_____

9 Monthly Payment: $ _____

10   7.      Do you have a bank account? Yes \_\_\_ No \_\_\_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: ___WASHINGTON Mutual BANK___

12 _____

13 Present balance(s): $ _____

14 Do you own any cash? Yes \_\_\_ No \_\_\_ Amount: $ _____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)                                                        Yes \_\_\_ No _X_

17 _____

18   8.      What are your monthly expenses?

19 Rent: $ _780.00_                        Utilities: _30.00_

20 Food: $ _300.00_                     Clothing: _70.00_

21 Charge Accounts:   _I PAY CHIAID SUPPORT $ 500.00_

22 Name of Account          Monthly Payment          Total Owed on This Account

23 _____     $_____     $_____

24 _____     $_____     $_____

25 _____     $_____     $_____

26   9.      Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28                         _No_____

Form-Intake 3 (Rev. 4/05)            - 3 -

1
2  10.  Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?  Yes ___  No _X_
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____LABOR LITIGATION BOARD_____
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  8/31/2007                         [signature]
12      DATE                          SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Form-Intake 3 (Rev. 4/05)                 - 4 -