UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABRAHAM HABTE,<br><br>          Plaintiff,<br><br>v.<br><br>WESTIN ST. FRANCIS HOTEL,<br><br>          Defendant. | Case No.: C 07-4516 WDB<br><br>**INTERIM ORDER FOR PLAINTIFF TO PROVIDE FURTHER INFORMATION FOR APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On August 31, 2007, Plaintiff filed a Complaint along with an Application to Proceed in Forma Pauperis (Application). The federal *in forma pauperis* statute, enacted in 1892 and presently codified as 28 U.S.C. § 1915, is designed to ensure that indigent litigants have meaningful access to the federal courts. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 342-343 (1948). To this end, § 1915(a) allows a litigant to commence a civil action in federal court *in forma pauperis* by filing in good faith an affidavit stating, *inter alia*, that he is unable to pay the costs of the lawsuit. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989).

In the present case, although Plaintiff filed an affidavit, in the form of his Application, he failed to include information necessary for the Court to evaluate whether he qualifies as an indigent person for purposes of the *in forma pauperis* statute. In

1  particular, Plaintiff indicated that he has a bank account at Washington Mutual Bank, yet
2  failed to answer a further question on the Application about the present balance in the
3  account. *See* Application, at p. 3. Plaintiff also failed to answer a question on the
4  Application about whether he owns any cash.
5      Accordingly, if Plaintiff would like the Court to consider his Application, **by no
6  later than October 1, 2007**, Plaintiff must file a Supplemental Application in which he
7  answers every question asked on the form, including those identified above. Plaintiff is
8  reminded that his statements in the Application are made under penalty of perjury.

Dated:   September 17, 2007

_____
WAYNE D. BRAZIL.
United States Magistrate Judge