1  HABTE V. WESTIN ST. FRANCIS HOTEL
   USDC No.:  C07 4516 WDB

2

3                           **PROOF OF SERVICE**

4       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP, 727 Sansome Street, San Francisco, CA  94111.  On September 26, 2007 I served the following document(s) by the method indicated below:

5

6       **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

7       by transmitting **via facsimile** on this date from fax number (415) 834-0443 the document(s) listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 p.m. and was reported complete and without error.  Service by fax was made by agreement of the parties, confirmed in writing.  The transmitting fax machine complies with Cal. R.Ct 2003(3).

8

9

10  XX   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

11

12

13

14       by placing the document(s) listed above in a sealed envelope(s) and by causing **personal delivery** of the envelope(s) to the person(s) at the address(es) set forth below.  I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery.  On September 26, 2007, I caused to be served via messenger the above-listed documents.

15

16

17       by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

18       By placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

19

20  *Plaintiff, In Pro Per:*

21  Abraham Habte
    201 Turk Street, #726
22  San Francisco, CA  94102

23

24       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25

26       Executed on September 26, 2007 at San Francisco, California.

27                                                        *Cheri McCaffrey*
                                                          Cheri McCaffrey

28

PROOF OF SERVICE
CASE NO.:  C 07 4516 WDB                                              3349099

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO