UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM HABTE

CASE NO. C 07 4516 WDB

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

WESTIN ST. FRANCIS HOTEL

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 6, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Natasha J. Baker | Defendant St. Francis | (415) 835-9004 | nbaker@cdhklaw.com |

Hotel Corp., incorrectly named as WESTIN ST. FRANCIS HOTEL

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

_____
Attorney for Plaintiff

Dated: 11/15/07

s/Natasha J. Baker
_____
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."