UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM HABTE

           Plaintiff(s),

      v.

WESTIN ST. FRANCIS HOTEL

           Defendant(s).

_____/

Case No.  C 07 4516 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

       Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/28/07

                                 [Party] Debe Cupano on behalf of
                                            Defendant

Dated: 11/28/07

                                  s/ Natasha J. Baker
                                  [Counsel] for Defendant Westin
                                           St. Francis Hotel

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM HABTE

No.  C  07 4516 WDB

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

v.

WESTIN ST. FRANCIS HOTEL

Defendant(s).

_____ /

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 11/28/07 _____

_____
Signature

Counsel for   Defendant Westin St. Francis
(Plaintiff, Defendant or indicate "pro se")