UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: December 6, 2007                    Start Time: 4:30 p.m.   End Time: 5:08 p.m.

DOCKET NO.         C 07-4516 WDB
TITLE OF CASE      *Abraham Habte v. Westin St. Francis*

APPEARANCES        For Plaintiff:   Pro Se

                   For Defendant:   Natasha J. Baker, Esq.


FTR: 12/6/07, 4:00 p.m.              Hearing:    (X) In Person  () Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE              [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE             [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)              [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE               [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION                   [] EXAM. OF JUDGMENT DEBTOR
                                           [] EVIDENTIARY HEARING

[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

Court conducted an Initial Case Management Conference.  See later-filed separate order.

1