**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM HABTE | No. C 07-4516 WDB |
|     Plaintiff, | |
| | ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |
|   v. | |
| WESTIN ST. FRANCIS | |
|     Defendant. | |
| _____/ | |

On December 6, 2007, the parties appeared for an Initial Case Management Conference. Having heard from both sides about how the action is likely to proceed, and after reviewing the Joint Case Management Statement and a memorandum from a member of the Court's ADR Department, the Court REFERS this matter to a Magistrate Judge for a settlement conference to be held between January 14, 2008, and February 14, 2008. The parties each will hear directly from the Judge to whom the settlement conference has been assigned about the details for the time and place of the conference.

If the parties are not able to settle the case, they must appear before the undersigned for a further case development planning conference on **February 19, 2008, at 1:30 p.m.** If the matter settles before that date, the parties must promptly prepare and file dismissal papers and notify the Court by calling (510) 637-3324.

IT IS SO ORDERED.

Dated: December 7, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1