UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM HABTE,<br><br>            Plaintiff,<br><br>    v.<br><br>WESTIN ST FRANCIS HOTEL,<br><br>            Defendant.<br>_____/ | Case Number: C 07-04516 WDB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Abraham Habte**
**P.O. Box 422334**
**San Francisco, CA 94142**

Dated: December 7, 2007

                                              Richard W. Wieking, Clerk
                                              By: Sarah Weinstein, Law Clerk/ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: December 6, 2007                    Start Time: 4:30 p.m.   End Time: 5:08 p.m.

DOCKET NO.           C 07-4516 WDB
TITLE OF CASE        *Abraham Habte v. Westin St. Francis*

APPEARANCES          For Plaintiff:    Pro Se

                     For Defendant:   Natasha J. Baker, Esq.

FTR: 12/6/07, 4:00 p.m.              Hearing:   (X) In Person  () Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE              [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE             [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)              [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE               [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION                   [] EXAM. OF JUDGMENT DEBTOR
                                           [] EVIDENTIARY HEARING

[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

Court conducted an Initial Case Management Conference.  See later-filed separate order.

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM HABTE

        Plaintiff,

   v.

WESTIN ST. FRANCIS

        Defendant.
_____/

No. C 07-4516 WDB

ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE

On December 6, 2007, the parties appeared for an Initial Case Management Conference. Having heard from both sides about how the action is likely to proceed, and after reviewing the Joint Case Management Statement and a memorandum from a member of the Court's ADR Department, the Court REFERS this matter to a Magistrate Judge for a settlement conference to be held between January 14, 2008, and February 14, 2008. The parties each will hear directly from the Judge to whom the settlement conference has been assigned about the details for the time and place of the conference.

If the parties are not able to settle the case, they must appear before the undersigned for a further case development planning conference on **February 19, 2008, at 1:30 p.m.** If the matter settles before that date, the parties must promptly prepare and file dismissal papers and notify the Court by calling (510) 637-3324.

IT IS SO ORDERED.

Dated: December 7, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1