UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM HABTE, | No. C 07-4516  WDB (EDL) |
| Plaintiff | NOTICE RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE |
| v. | |
| WESTIN ST FRANCIS HOTEL, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Because a settlement conference in this matter has been set for March 20, 2008, before Magistrate Judge Elizabeth D. Laporte, you are hereby notified that the Further Case Management Conference originally scheduled for February 19, 2008, has been rescheduled to **March 27, 2008, at 1:30 p.m.   No later than five court days** prior to the case management conference, the parties must meet and confer and file a joint case management statement indicating progress or changes which have occurred since the last conference.  If any party is proceeding without counsel, separate statements may be filed by each party.

If the matter settles before March 27, 2008, the parties must promptly prepare and file dismissal papers and notify the Court by calling (510) 637-3324.

Dated:  January 29, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  Sarah Weinstein
     Law Clerk/Deputy Clerk