UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM HABTE

    Plaintiff,

    v.

WESTIN ST FRANCIS HOTEL

    Defendant.
_____/

No. C-07-04516 WDB (EDL)

NOTICE OF CONTINUANCE
<u>OF SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 20, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **March 27, 2008 at 9:00 a.m**.

On or before March 18, 2008, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement that shall not be filed with the Clerk of Court or served on the parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 1, 2008

                                             _/s/ Elizabeth D. Laporte_____
                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge