UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM HABTE, | No. C 07-4516 WDB (EDL) |
| Plaintiff | SECOND NOTICE RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE |
| v. | |
| WESTIN ST FRANCIS HOTEL, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Because a settlement conference in this matter has been set for March 27, 2008, before Magistrate Judge Elizabeth D. Laporte, you are hereby notified that the Further Case Management Conference originally scheduled for March 27, 2008, has been rescheduled to **Monday, March 31, 2008, at 1:30 p.m.  No later than five court days** prior to the case management conference, the parties must meet and confer and file a joint case management statement indicating progress or changes which have occurred since the last conference.  If any party is proceeding without counsel, separate statements may be filed by each party.

If the matter settles before March 31, 2008, the parties must promptly prepare and file dismissal papers and notify the Court by calling (510) 637-3324.

Dated: February 5, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk