**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:  March 27, 2008     Time:  1.5 hours

Case No:  **C-07-4516 WDB (EDL)**

Case Name:  **Abraham Habte v Westin St. Francis Hotel**

Deputy Clerk:  Lili M. Harrell          Court Reporter:

Attorneys:  Pltf: Abraham Habte (pro se)    Deft: Natasha Baker

---

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE          []  FURTHER SETTLEMENT CONFERENCE

    [X]   Case settled

    []    Did not settle

    []    Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE:_____

[]  TELEPHONIC CONFERENCE RE:_____

[]  OTHER:_____

CASE CONTINUED TO: _ FOR _

NOTES:   Parties execute settlement agreement.

cc: