JOHN F. BAUM (SBN 148366)
NATASHA J. BAKER (SBN 226981)
CURIALE DELLAVERSON HIRSCHFELD
 & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
ST. FRANCIS HOTEL CORP., incorrectly named
as WESTIN ST. FRANCIS HOTEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM HABTE, | Case No. C 07 4516 WDB |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | Action filed: August 31, 2007 |
| WESTIN ST. FRANCIS HOTEL, | |
| Defendants. | |

    1.    **WHEREAS** Plaintiff Abraham Habte ("Plaintiff") and Defendant St. Francis Hotel Corporation, (incorrectly named as Westin St. Francis Hotel) ("Defendant") wish to amicably resolve this matter now pending before this Court; and

    2.    **WHEREAS** Plaintiff and Defendant have in fact reached an agreement for such resolution;

    **NOW THEREFORE**, Plaintiff and Defendant hereby agree and stipulate that, pursuant to Federal Rule of Civil Procedure 41 (a)(1), and pursuant to the terms of the settlement agreement reached by them, **Plaintiff shall and hereby does dismiss, with prejudice, all causes of action as to Defendant** currently pending before this Court in Case No. C 07 4516 WDB.

Dated: 4-11-          , 2008

By: _____
Abraham Habte
Plaintiff, In Pro Per

Dated: 4-11          , 2008

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP

By: /s/ Natasha J. Baker
Natasha J. Baker
Attorneys for Defendant
ST. FRANCIS HOTEL CORP., incorrectly
named as WESTIN ST. FRANCIS HOTEL

2
JOINT CASE MANAGEMENT STATEMENT/RULE 26(F) REPORT
CASE NO.: C07-04516 WDB

HABTE V. WESTIN ST. FRANCIS HOTEL
USDC No.: C07 4516 WDB

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP, 727 Sansome Street, San Francisco, CA 94111. On April 23, 2008 I served the following document(s) by the method indicated below:

**STIPULATION FOR DISMISSAL**

by transmitting **via facsimile** on this date from fax number (415) 834-0443 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

**XX** by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

by placing the document(s) listed above in a sealed envelope(s) and by causing **personal delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On April 23, 2008, I caused to be served via messenger the above-listed documents.

by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

By placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

*Plaintiff, In Pro Per:*

Abraham Habte
P.O. Box 422334
San Francisco, CA 94142

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 23, 2008 at San Francisco, California.

Cheri McCaffrey

PROOF OF SERVICE
CASE NO.: C 07 4516 WDB

4823-9149-3890