1  JOHN F. BAUM (SBN 148366)
   NATASHA J. BAKER (SBN 226981)
2  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA 94111
4  Telephone: (415) 835-9000
   Facsimile: (415) 834-0443
5
   Attorneys for Defendant
6  ST. FRANCIS HOTEL CORP., incorrectly named
   as WESTIN ST. FRANCIS HOTEL
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ABRAHAM HABTE,              | Case No. C 07 4516 WDB
12 |        Plaintiff,           | **STIPULATION FOR DISMISSAL** AND ORDER
13 | vs.                         | Action filed: August 31, 2007
14 | WESTIN ST. FRANCIS HOTEL,   |
15 |        Defendants.          |

16

17    1.    **WHEREAS** Plaintiff Abraham Habte ("Plaintiff") and Defendant St. Francis

18 Hotel Corporation, (incorrectly named as Westin St. Francis Hotel) ("Defendant") wish to

19 amicably resolve this matter now pending before this Court; and

20    2.    **WHEREAS** Plaintiff and Defendant have in fact reached an agreement for such

21 resolution;

22    **NOW THEREFORE**, Plaintiff and Defendant hereby agree and stipulate that, pursuant

23 to Federal Rule of Civil Procedure 41 (a)(1), and pursuant to the terms of the settlement

24 agreement reached by them, **Plaintiff shall and hereby does dismiss, with prejudice,**

25 **all causes of action as to Defendant** currently pending before this Court in Case No. C 07 4516

26 WDB.

27

28

STIPULATION FOR DISMISSAL
CASE NO.: C 07 4516 WDB

4841-1891-7378

Dated: 4-11-, 2008

By: /s/ Abraham Habte
Abraham Habte
Plaintiff, In Pro Per

Dated: 4-11, 2008

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: /s/ Natasha J. Baker
Natasha J. Baker
Attorneys for Defendant
ST. FRANCIS HOTEL CORP., incorrectly named as WESTIN ST. FRANCIS HOTEL

IT IS SO ORDERED

April 24, 2008

/s/ Wayne D. Brazil
Wayne D. Brazil
United States Magistrate Judge

JOINT CASE MANAGEMENT STATEMENT/RULE 26(F) REPORT
CASE NO.: C07-04516 WDB

HABTE V. WESTIN ST. FRANCIS HOTEL
USDC No.: C07 4516 WDB

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP, 727 Sansome Street, San Francisco, CA 94111. On April 23, 2008 I served the following document(s) by the method indicated below:

**STIPULATION FOR DISMISSAL**

by transmitting **via facsimile** on this date from fax number (415) 834-0443 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

**XX**   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

by placing the document(s) listed above in a sealed envelope(s) and by causing **personal delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On April 23, 2008, I caused to be served via messenger the above-listed documents.

by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

By placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

*Plaintiff, In Pro Per:*

Abraham Habte
P.O. Box 422334
San Francisco, CA 94142

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 23, 2008 at San Francisco, California.

Cheri McCaffrey

PROOF OF SERVICE
CASE NO.: C 07 4516 WDB

4823-9149-3890